*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re:                                                            Chapter: 13

      Anne Gleason

               Debtor(s)                 Bankruptcy No: 09–17455–elf

---

### *O R D E R*

    AND NOW, this October 2, 2009 , the debtor having failed to file or submit with the petition all of the

documents required by Fed. R. Bankr. P. 1007,

    And the following documents are missing

> Chapter 13 Plan due by 10/15/2009. Schedules A–J due 10/15/2009.
> Statement of Financial Affairs due 10/15/2009. Summary of
> schedules due 10/15/2009. Statistical Summary of Certain
> Liabilities due 10/15/2009. Aty. Disclosure Statement due 10/15/2009

    It is hereby ORDERED that, if the debtor has not filed the Matrix List of Creditors (as required

by L.B.R. 1007–2) or the Certificate of Credit Counseling or a Request for a Waiver from the Credit

Counseling Requirement, then those documents are due within 7 days of the filing of the petition or

else this case may be dismissed without additional notice or hearing after that date.

    It is further ORDERED that all other missing documents are due within 15 days of the date of the filing

of the petition, unless an extension for cause, sought prior to the expiration of 15 days, is granted. If not,

this case may be dismissed without additional notice or hearing after 10/15/09 .

                            By the Court

                            Eric L. Frank
                            Judge , United States Bankruptcy Court

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Yvette          Page 1 of 1          Date Rcvd: Oct 02, 2009
Case: 09-17455               Form ID: 131            Total Noticed: 1


The following entities were noticed by first class mail on Oct 04, 2009.
db          +Anne Gleason,   2947 South 17th Street,   Philadelphia, PA 19145-4813

The following entities were noticed by electronic transmission.
NONE.                                                                              TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 04, 2009**                         **Signature:**    _Joseph Speetjens_