IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Anne Gleason<br>xxx-xx-4504<br>2947 South 17th St.<br>Philadelphia, PA 19145<br><br>Debtor | : CHAPTER 13<br>:<br>: NO. 09-17455ELF<br>:<br>: HEARING DATE:<br>: TIME:<br>: LOCATION: COURT ROOM No.<br>: United States Bankruptcy Ct.<br>: 900 Market St., 2nd Floor<br>: Philadelphia, PA 19106 |

### ORDER

AND NOW, this 20th day of Oct, 2009, it is hereby ORDERED that the Debtor, Anne Gleason, shall be granted an additional period of time, ~~not to exceed~~ ~~days, or~~ until Oct 30, 2009, 2009, in which to file schedules, statement of affairs, and other documents (if any) as a part of her Petition in Bankruptcy.

BY THE ~~COURT~~:

_____
Hon. Eric L. Frank
U.S. Bankruptcy Judge

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Randi              Page 1 of 1          Date Rcvd: Oct 21, 2009
Case: 09-17455                Form ID: pdf900          Total Noticed: 1

The following entities were noticed by first class mail on Oct 23, 2009.
db           +Anne Gleason,    2947 South 17th Street,    Philadelphia, PA 19145-4813

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2009**                    **Signature:** _Joseph Speetjens_